790 A.2d 884

IN THE MATTER OF PATRICIA N. ADELLE,
AN ATTORNEY AT LAW.

February 22, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–283, concluding that **PATRICIA N. ADELLE** of **POMPTON PLAINS,** who was admitted to the bar of this State in 1993, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **PATRICIA N. ADELLE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.